# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00759-CV

**A. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-21-002232, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant A. B. filed his notice of appeal on November 18, 2022. The appellate record was complete on December 7, 2022, making appellant's brief due on January 17, 2023. On January 17, 2023, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Karen J. Langsley to file appellant's brief no later than January 23, 2023. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 20, 2023.

Before Chief Justice Byrne, Justices Triana and Kelly